ELLIOT ENOKI
United States Attorney
District of Hawaii

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 01 2001

_____ o'clock and _____ min. ____M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00136 SOM |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| vs. ) | [18 U.S.C. § 1344] |
| MICHAEL J. CHRISTIAN,  (01) ) <br> LILIA A. CHONG,  (03) ) <br> DOUGLAS CHONG,  (04) ) <br> Defendants.  ) | |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

1. From an unknown date, but at least as early as May 1998 through June 1998, the Defendants, MICHAEL J. CHRISTIAN LILIA A. CHONG and DOUGLAS CHONG, and Co-schemer Patrick K. Hokoana, in the District of Hawaii and elsewhere, devised a scheme and artifice:

    a. to defraud American Savings Bank which is a financial institution as defined by Title 18, United States Code Section 20, and

    b. to obtain moneys and funds owned by and under the custody and control of American Savings Bank by means of false and fraudulent pretenses, representations and promises.

  2. It was part of the scheme to defraud that Defendant LILIA A. CHONG, an American Savings Bank employee, would open nine new accounts in the name of a customer who had a dormant account at American Savings Bank.

  3. It was part of the scheme to defraud that Defendant MICHAEL J. CHRISTIAN and Co-schemer Patrick K. Hokoana, would deposit or cause to be deposited forged and fraudulent checks including a check for $82,568.48 into the new accounts at the American Savings Bank.

  4. It was part of the scheme to defraud that Defendant LILIA A. CHONG would remove the $82,568.48 check from American Savings Bank records.

  5. It was part of the scheme to defraud that Defendant MICHAEL J. CHRISTIAN and Co-schemer Patrick K. Hokoana, withdrew and caused to be withdrawn part of the amounts credited to the new accounts created at American Savings Bank.

<u>COUNT 1</u>

On or about May 29, 1998, in the District of Hawaii, the Defendants MICHAEL J. CHRISTIAN, LILIA A. CHONG and DOUGLAS CHONG executed the scheme and artifice as set forth above in that a fraudulent and fictitious check for $82,568.48 was deposited into fraudulently created customer accounts at American Savings Bank in violation of Title 18, United States Code, Section 1344.

DATED: *1 August 2001*, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
---
FOREPERSON, GRAND JURY

*[signature]*
---
ELLIOT ENOKI
United States Attorney
District of Hawaii

*[signature]*
---
OMER G. POIRIER
Assistant U.S. Attorney