12/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-10758__   U.S. District Court Case No. __Cr-01-00136-SOM__

Short Case Title __USA v. Douglas Chong__

Date Notice of Appeal Filed by Clerk of District Court __of Hawaii__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2006

at __2__ o'clock and __35__ min __P__ M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 10/19 & 26/05; 11/2/05 | Debra Chun | Other (please specify) Order to Show Cause Why Supervised Release Should Not Be Revoked |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(XX) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __DEC 1 4 2005__   Estimated date for completion of transcript _____

Print Name of Attorney __Randy Oyama__   Phone Number __(808) 521-9840__

Signature of Attorney __[signature]__

Address __888 Mililani Street, PH2, Honolulu, Hawaii 96813__

### SECTION B - To be completed by court reporter

I, __[signature]__, have received this designation.
(signature of court reporter)

(X) Arrangements for payment were made on __12/20/2005__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__120__ Approximate Number of Pages in Transcript--Due Date __1/19/2006__

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __1/18/2006__   Court Reporter's Signature __[signature]__

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   __02/03/06__   BY: __[signature]__
(U.S. District Court Clerk)   (date)        DEPUTY CLERK

SCANNED