# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/30/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 01-00136SOM

CASE NAME:       USA vs.  (04) Douglas Chong

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

   JUDGE:    Susan Oki Mollway        REPORTER:

   DATE:     01/30/2007                TIME:

---

COURT ACTION:  EO:

Parties agree that appellate decision may be implemented through an amended judgment providing for 180 days of community confinement and deleting the prohibition on spousal contact.


Submitted by: Toni Fujinaga, Courtroom Manager.