

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

FEB 06 2007

at __1__ o'clock and _____ min. __A__ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DOUGLAS CHONG**<br>(Defendant's Name) | **SECOND AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:  1:01CR00136-004<br>USM Number:  87933-022<br>Randall Oyama, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s) Standard Condition Nos. 3 and 11; and Special Conditions Nos. 1 and 5 of the term of supervision.

[✔]   was found in violation of condition(s) General Condition and Standard Condition No. 7  after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

|  |  |
|---|---|
| Defendant's Soc. Sec. No.:   2612 | NOVEMBER 2, 2005<br>Date of Imposition of Sentence |
| Defendant's Residence Address:<br>**Wailuku, HI 96793** | _/s/ Susan Oki Mollway_<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**Wailuku, HI 96793** | **SUSAN OKI MOLLWAY**, United States District Judge<br>Name & Title of Judicial Officer<br><br>FEB 05 2007<br>Date |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:01CR00136-004     Judgment - Page 2 of 5
DEFENDANT: DOUGLAS CHONG

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to comply with drug testing | 5/17/03 8/18/03 |
| 2 | Subject failed to notify the probation officer within 72 hours of being questioned by law enforcement | 11/6/04 |
| 3 | Subject possessed alcohol | 10/13/05 |
| 4 | Subject failed to follow the instructions of the probation officer | 10/13/05 |
| 5 | Subject illegally possessed a controlled substance | 10/13/05 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:01CR00136-004 | Judgment - Page 3 of 5 |
| DEFENDANT: DOUGLAS CHONG | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  TWENTY ONE (21) MONTHS .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

CASE NUMBER:          1:01CR00136-004                                              Judgment - Page 4 of 5
DEFENDANT:            DOUGLAS CHONG

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THIRTY NINE (39) MONTHS .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision. The defendant shall submit up to a maximum of one valid drug test per day as directed by the Probation Office.

[ ]     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[ ]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

CASE NUMBER:      1:01CR00136-004                                      Judgment - Page 5 of 5
DEFENDANT:        DOUGLAS CHONG

# SPECIAL CONDITIONS OF SUPERVISION

1. That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.

2. That the defendant is prohibited from the possession and consumption of alcohol for the term of supervised release.

3. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

4. That the defendant serve up to 180 days community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

5. That the defendant shall maintain a single checking account in the defendant's name. The defendant shall deposit into this account all income, assets, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the U.S. Probation Office.

6. That the defendant provide the Probation Office access to any requested financial information and disclose the amount of all U.S. currency in his possession or at his disposal, to include U.S. currency held by others, in bank accounts, safety deposit boxes, safes, storage lockers and/or warehouses.

7. That the defendant refrain from the use of prescribed medication without the advance permission of the Probation Office and seek medical treatment and pain management from no more than one physician.

8. That the defendant not obtain any drugs via the internet.

9. That the defendant participate in a mental health program, which may include anger management, marital counseling, and parenting classes, at the discretion and direction of the Probation Office.

10. That the defendant must reside on the island of Oahu at the discretion and direction of the Probation Office.

11. That the Defendant not participate in any form of martial arts without the advance approval of the Probation Office.

G:\docs\toni\chong 11 2.wpd