UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DOUGLAS CHONG, Defendant - Appellant. | No. 05-10758<br>D.C. No. CR-01-00136-SOM<br><br>**JUDGMENT** |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 07 2007
at __ o'clock and __ min. __M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED**.

Filed and entered 01/11/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 05 2007

by _____
Deputy Clerk