



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

February 5, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 07 2007
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10758 | USA v. Chong | CR-01-00136-SOM |

Dear Clerk:

    The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

    The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

                                      Very truly yours,

                                      Cathy A. Catterson
                                      Clerk of Court

Enclosure(s)
cc: All Counsel