AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:01CR00136-004 SOM |
| DEFENDANT: | DOUGLAS CHONG |

Judgment - Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY ONE (21) MONTHS.

[✔]   The court makes the following recommendations to the Bureau of Prisons: FDC Honolulu.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2007

at 3 o'clock and 0 __
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-25-05 to FDC Honolulu
at Honolulu, HI, with a certified copy of this judgment.

John T Rathman
WARDEN ~~UNITED STATES MARSHAL~~

By   W. Tsai
     LIE  ~~Deputy U.S. Marshal~~