# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00136SOM |
| CASE NAME: | USA vs. (04) Douglas Chong |
| ATTYS FOR PLA: | Loretta Sheehan |
| | Sidney Fleming/Timothy Jenkins/Jonathan Skedelski (USPOs) |
| ATTYS FOR DEFT: | 04 Pamela Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/11/2008 | TIME: | 1:45 - 2:25 |
| | | | 2:35 - 3:05 |

COURT ACTION:   EP: Status Conference (Evidentiary Hearing) -

Defendant (04) Douglas Chong present.

Ms. Byrne is appointed to represent the defendant for this hearing.

Discussion held re: the status of the defendant.

Court takes a recess in order for the parties to review the USPO's report.

Sidney Fleming CST for direct examination, cross examination and re direct examination.

Court modifies conditions of supervised release:

That the defendant secure full time employment no later than 8/25/08.  If this is not possible, Ms. Byrne to submit a report by 8/29/08 outlining his efforts to obtain employment.

Once the defendant obtains full time employment, 75% of his take home pay go directly to the mortgage company up to the amount of the mortgage payment.  Any excess to be reported to the Court.

Any anger management or marital counseling shall be in the form of in person sessions unless otherwise approved by the probation officer.

Government to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.