EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00136-SOM-04 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | ORDER MODIFYING TERMS |
| | ) | AND CONDITIONS OF |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| DOUGLAS CHONG,        (04) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER MODIFYING TERMS AND CONDITIONS OF SUPERVISED RELEASE

   The Court, having considered the Status Update of U.S.

Probation, dated August 11, 2008, the testimony of U.S. Probation

Officer Sydney Fleming, the statements of Douglas Chong

("Defendant"), and argument of counsel, orders that the special

terms of supervised release be modified to include the conditions

that:

1.    Defendant is to secure full-time employment no later than August 25, 2008.  If that is not possible, Defendant is to outline the efforts that he has made to obtain full time employment to the Court, via his attorney, by August 29, 2008.

2.    Once Defendant has obtained full-time employment, 75% of his net pay shall be provided directly to the holder of the first mortgage on his home.  If Defendant's salary exceeds the mortgage payment, any excess is to be reported to the Court.

3.    Defendant's counseling and/or mental health treatment shall occur in person, and not over the telephone, unless otherwise approved by U.S. Probation.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 13, 2008.



_/s/ Susan Oki Mollway_
Susan Oki Mollway
United States District Judge

USA v. Douglas Chong
Order Modifying Terms and
Conditions of Supervised Release
Cr. No. 01-00136-04 SOM